IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAURICE A. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3138 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| CITY OF LINCOLN, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the following pending motions: (1) filing no. 29, the Motion to Compel Production of Documents, filed by the plaintiff, Maurice Moore; (2) filing no. 31, the plaintiff's Request for Admissions; and (3) filing no. 32, the plaintiff's Request for Production of Documents.  In filing no. 33, the defendant has filed a Certificate of Service of Defendant's Response to filing no. 29, the Plaintiff's Request for Production of Documents.  In filing no. 34, the defendant has filed a Certificate of Service of Defendant's Response to filing no. 32, the Plaintiff's Request for Production of Documents (second set).  In filing no. 35, the defendant has filed a Certificate of Service of Defendant's Response to filing no. 31, the Plaintiff's Request for Admissions.  Therefore, although the motions appear to be moot in that the defendant has complied, filing nos. 29, 31 and 32 are granted nunc pro tunc.

    SO ORDERED.

    DATED this 16th day of November, 2005.

                                            BY THE COURT:

                                            s/ F. A. GOSSETT
                                            United States Magistrate Judge